```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
```

IN RE:                                        CASE NO. 08 B 19051
  REGINALD ROBERTSON
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
  SSN XXX-XX-9220


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 07/24/2008 and was not confirmed.

    The case was dismissed without confirmation 10/15/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PRESTIGE FINANCIAL SERVI | SECURED VEHIC | 12595.00 | .00 | .00 |
| OCWEN FEDERAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN FEDERAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| VILLAGE OF WESTCHESTER | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF WESTCHESTER | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF WESTCHESTER | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF WESTCHESTER | UNSECURED | NOT FILED | .00 | .00 |
| APEX ALARMS | UNSECURED | NOT FILED | .00 | .00 |
| BARNES AUTO GROUP | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GE CONSUMER FINANCE | UNSECURED | 1939.21 | .00 | .00 |
| DEPARTMENT OF HUMAN SERV | UNSECURED | NOT FILED | .00 | .00 |
| IL STATE DISBURSEMENT UN | UNSECURED | NOT FILED | .00 | .00 |
| IL STATE DISBURSEMENT UN | UNSECURED | NOT FILED | .00 | .00 |
| IG LABANAUSKAS MD | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | 261.02 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PARK NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| WEST SIDE EMERGENCY PHYS | UNSECURED | NOT FILED | .00 | .00 |
| PRESTIGE FINANCIAL SERVI | UNSECURED | 10174.50 | .00 | .00 |
| LITTON LOAN SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| NOONAN & LIEBERMAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| TURNER ACCEPTANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| TURNER ACCEPTANCE | SECURED VEHIC | .00 | .00 | .00 |
| TURNER ACCEPTANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| UNION AUTO SALES | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 2087.08 | .00 | .00 |
| OCWEN LOAN SERVICES | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| TURNER ACCEPTANCE | UNSECURED | 1548.68 | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 19051 REGINALD ROBERTSON

```
NELSON LAW OFFICE          DEBTOR ATTY         .00                        .00
TOM VAUGHN                 TRUSTEE                                        .00
DEBTOR REFUND              REFUND                                        .00
```

Summary of Receipts and Disbursements:

```
---------------------------------------------------------------------------
                              RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------     ---------------
TOTALS                           .00                  .00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 01/27/09              /s/ Tom Vaughn
                             _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE